# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER ALAN JACKSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-10137** |
| **LAWMAKERS, STATE OF LOUISIANA** | **SECTION: "E"(1)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is dismissed as frivolous and/or for seeking monetary relief against a defendant who is immune from such relief.

New Orleans, Louisiana, this 3rd day of July, 2019.

_____
**UNITED STATES DISTRICT JUDGE**